UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. WALLACE, etc., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL HOME LOAN MORTGAGE CORPORATION, et al., <br><br> Defendants. | Case No. EDCV 11-01041 VAP (DTBx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendants Federal Home Loan Mortgage Corporation, and JP Morgan Chase Bank (erroneously sued as "JP Morgan Chase National Association, a subsidiary of JPmorgan Chase Bank, Federal Savings Bank") ("Defendants") is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: September 16, 2011

                                          VIRGINIA A. PHILLIPS <br>
                                        United States District Judge