**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 11-01041 VAP (DTBx)                         Date:    October 27, 2011

Title:   RICHARD A. WALLACE, AN INDIVIDUAL AND ON BEHALF OF THE GENERAL PUBLIC -v- FEDERAL HOME LOAN MORTGAGE CORPORATION, JP MORGAN CHASE NATIONAL ASSOCIATION, A SUBSIDIARY OF JPMORGAN CHASE BANK, FEDERAL SAVINGS BANK, QUALITY LOAN SERVICE, CORPORATION, A CALIFORNIA CORPORATION AND DOES 1 THROUGH 500, INCLUSIVE

PRESENT: HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

Marva Dillard                                   None Present
Courtroom Deputy                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

NO APPEARANCE                                    NO APPEARANCE

PROCEEDINGS:   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

Plaintiff(s) is ordered to show cause in writing no later than November 16, 2011, why this action should not be dismissed for lack of prosecution as to only remaining defendant Quality Loan Service Corporation.

The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

- Proof of service of summons and complaint.

- Answer by the defendant(s) or plaintiff's request for entry of default.

- Plaintiff's filing of an application to the clerk to enter default judgment or filing of a noticed motion for entry of default judgment.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no

MINUTES FORM 90                                          Initials of Deputy Clerk md
CIVIL -- GEN

oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of the action.

MINUTES FORM 90                                                                                      Initials of Deputy Clerk md
CIVIL -- GEN